- Couple of law /law library

**IN THE SUPERIOR COURT**
**OF GUAM**

MARIAN M. ADA,                                )          Civil Case no. CV0812-01
                                                         )
                    Plaintiff,                           )
                                                         )
        vs.                                              )          **DECISION AND ORDER**
                                                         )          re: Motion for Attorney's Fees, Costs and
RAYMOND T. MATANANE and                                  )          Punitive Damages
ROSELEEN M. BROWN,                                       )
                                                         )
                                                         )
                    Defendants.                          )
_____

## INTRODUCTION

This matter came before the Honorable Judge Michael J. Bordallo on March 23, 2012. The Plaintiff is *pro se*. The Defendants are represented by Attorney Jeffrey A. Cook. After considering the matter presented, the Court now issues the following decision and order.

## BACKGROUND

This action arises out of a dispute between the Co-Trustees of the Maria T. Matanane Trust (hereinafter "the Trust"), which owned parcels of real property, including property lot 90-1-1, located in Yona, Guam. Lot 90-1-1 is the subject of the instant case. The parties were the Co-Trustees to the Trust and have had continuous disagreements since the inception of this case.

On October 7, 2010, the Court found that it was in the best interest of the Trust and its beneficiaries to remove Plaintiff Ada as Co-Trustee of the Trust due to her lack of cooperation. The Court gave the Plaintiff numerous chances to comply with its Orders, but Plaintiff Ada continuously delayed the completion of the Trust. The Court also repeatedly reminded Plaintiff Ada that it is her duty as a Co-Trustee to follow the Court's Orders, but Plaintiff Ada

In the instant case, the Court is aware of the circumstances surrounding Plaintiff Ada's removal as Co-Trustee. Based on those actions addressed in the Court's previous decision to remove Plaintiff Ada as Co-Trustee, Defendants are entitled to expenses of litigation caused by the problems and difficulties arising from Plaintiff Ada's actions. With regards to punitive damages however, the Court holds that such damages are not appropriate in this case. The Court notes that the payment of attorney's fees and costs is sufficient.

The Court finds however that the proposed attorney's fees and costs of $58,364.06 submitted by the Defendants are excessive. The Court is awarding attorney's fees and costs for expenses of litigation caused by the problems and difficulties arising from Plaintiff Ada's actions, not for the attorney's fees and costs for the administration of the Trust. The Court recognizes some overlap of the two in *Exhibit A* of Attorney Cook's declaration. Therefore, the Court orders the Defendants to submit a more detailed list with regards to the expenses of litigation caused by the problems and difficulties arising from Plaintiff Ada's actions.

**CONCLUSION**

Based on the foregoing, the Court GRANTS the Defendants' motion for attorney's fees and costs. The Court reserves judgment as to how much will be awarded to the Defendants. The Court DENIES the Defendants' motion for punitive damages.

Defendants are ordered to submit, within 30 days from the date of this order, a more detailed list with regards to the expenses of litigation caused by the problems and difficulties arising from Plaintiff Ada's actions.

SO ORDERED, this _____ day of _____ 2012.

Original Signed By:
HON. MICHAEL J. BORDALLO

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam
Dated at Hagåtña, Guam

JUN 2 9 2012

Evelyn R. Borja
Deputy Clerk, Superior Court of Guam